UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Timothy Ragin<br>Dione Ragin<br><br>  Debtor(s)<br><br>Timothy Ragin<br>Dione Ragin<br><br>  Plaintiff(s)<br><br>Litton Loans Servicing<br><br>  Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  11-32631<br><br>Chapter: 13<br>Honorable Jack B. Schmetterer<br><br>Adv. No.: 11-02065 |

**CONCLUSIONS OF LAW**

A. Jurisdiction

   1. This contested matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K). This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(b).

   2. Venue is proper in this district pursuant to U.S.C. § 1409.

B. Argument

   1. Is action was initiated under 11 U.S.C. § 506(a) and F.R. Bankr. P. 3012.

   2. The Debtor scheduled the first secured claim of America's Servicing Company in the amount of 228,032.80 and the second secured claim of the Defendant in the amount of 51,745.00.

   3. America's Servicing Company filed a proof of claim on September 20, 2011 for the amount of $228,032.80. Said claim is secured by a first mortgage on the Plaintiffs' property 8600 S. Vernon Ave, Chicago, IL 60619.

   4. The Defendant has yet to file a proof of claims on 8600 S. Vernon Ave, Chicago, IL 60619. Said claim is second in priority to the first mortgage lien.

   5. That the value of Plaintiffs' property is $132,700.00.

   6. As there is no value or equity to support the second priority lien of the Defendant its claim is not a claim secured at all by a security interest in the Debtors' residence, as the term is used in § 1322(b) of the Bankruptcy Code. The Chapter 13 Plan may value the collateral under F.R. Bankr. P. 3012, and determine the respective rights of secured creditors through the language used therein, contingent on confirmation thereof, completion of the Plan by the Debtors, and entry of the discharge. In re Meyer, 2009 B 20268, Docket Entry 69 (Bankkr.N.D.Ill. January 29, 2010).

Enter: _____

United States Bankruptcy Judge

Dated: 12/6/11

DEC 6 2011

**Prepared by counsel of Movant:**

Ledford & WU
Attorneys for the Debtor
200 S. Michigan Ave., Suite 209
Chicago, IL 60604
(312)294-4400
Fax: (312)294-4410

Rev: 20101008_apo