UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Timothy Ragin<br>Dione Ragin<br><br>            Debtor(s)<br><br>Timothy Ragin<br>Dione Ragin<br><br>            Plaintiff(s)<br><br>Litton Loans Servicing<br><br>            Defendant(s) | BK No.:   11-32631<br><br>Chapter: 13<br>Honorable Jack B. Schmetterer<br><br>Adv. No.: 11-02065 |

FINDINGS OF FACT

A. The Parties

   1. The Plaintiffs are Timothy and Dione Ragin.

   2. The Defendant is Litton Loans Servicing.

B. Factual Background

   1. On or about August 9, 2011, Plaintiffs filed a petition for relief under Chapter 13 of the Bankruptcy Code.

   2. The Plaintiffs own the real estate commonly known as 8600 S. Vernon Ave, Chicago, IL 60619.

   3. That America's Servicing Company holds a first mortgage lien on the real property commonly known as 8600 S. Vernon Ave, Chicago, IL 60619, with a secured claim of $228,032.80 pursuant to the proof of claim #10 filed on September 20, 2011 by Codilis & Associates.

   4. The Defendant holds a second mortgage lien on the real property known as 8600 S. Vernon Ave, Chicago, IL 60619 in the approximate amount of $51,745.00 pursuant to Schedule D.

   5. That the Plaintiffs obtained an valuation of the property on August 1, 2011 indicating the value of 8600 S. Vernon Ave, Chicago, IL 60619 as $132,700.00.

   6. The first mortgage lien of America's Servicing Company is a secured claim based on the mortgage recorded on May 16, 2006 as document number 0613647009 with the Cook County Recorder of Deeds, Illinois.

   7. The second mortgage lien of the Defendant is a claim based on the mortgage recorded May 4, 2006 as document number 0613647010 with the Cook County Recorder of Deeds, Illinois.

   8. The current Chapter 13 plan provides that the Plaintiffs will make monthly payments to the Chapter 13 Trustee in the amount of $780.00 per month.

   9. Under the Plan, general unsecured creditors will be paid a dividend of one

percent (1%) of their allowed claims.

10. On October 10, 2011 Plaintiffs issued a summons and complaint pursuant to 11 U.S.C. § 506(a) and the Bankruptcy Rule 3012 to determine the validity of Defendant's lien on Plaintiff's property located at 8600 S. Vernon Ave, Chicago, IL 60619.

11. That on October 10, 2011, a copy of the summons and complaint was served in accordance with the Federal Rules of the Bankruptcy Procedure by regular U.S. mail, postage prepaid upon October 10, 2011.

12. The summons indicated that a motion or answer was required within 30 days of issuance; to date, no responsive pleading has been filed.

13. No evidence has been presented to challenge the validity of the secured claim that hold priority that holds priority over the second mortgage lien.

14. No evidence has been presented to challenge the appraised value of $132,700.00.

15. The first secured claim of America's Servicing Company in the amount of $ $228,032.80 exhausts the value and equity in Plaintiffs' residence.

16. There is no value and equity to support the claim of the Defendant.

Enter:

United States Bankruptcy Judge

DEC 6 2011

Dated: 12/6/11

**Prepared by counsel of Movant:**

Ledford & WU
Attorneys for the Debtor
200 S. Michigan Ave., Suite 209
Chicago, IL 60604
(312)294-4400
Fax: (312)294-4410

Rev: 20101008_apo